UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00517-FDW

| | |
|---|---|
| AMADO V. GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )       ORDER |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER is before the Court on Defendant's "Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g)." (Doc. No. 9). For the reasons stated in the uncontested Motion, it is GRANTED.

IT IS THEREFORE ORDERED THAT the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS FURTHER OREDERED THAT if Plaintiff intends to seek attorneys' fees pursuant to this Order, such motion **shall be filed within thirty (30) days from the date of this Order**. Plaintiff's motion shall include a statement as to whether or not Defendant consents to the motion or whether Defendant intends to file a response in opposition.

IT IS SO ORDERED.

Signed: April 1, 2015

Frank D. Whitney
Chief United States District Judge